# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ricky Bost <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-15067 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Midland Mortgage, as Servicer for MIDFIRST BANK, and index same on the master mailing list.

Re: Loan # Ending In: 1838

                                                                 Respectfully submitted,

                                                                 **/s/Joshua I. Goldman, Esquire**
                                                                 Joshua I. Goldman, Esquire
                                                                Thomas Puleo, Esquire
                                                                KML Law Group, P.C.
                                                               701 Market Street, Suite 5000
                                                               Philadelphia, PA 19106-1532
                                                               (215) 825-6306  FAX (215) 825-6406