IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: RICKY BOST ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| CRESCENT BANK & TRUST ) | |
| **Moving Party** ) | |
| ) | |
| v. ) | Case No.: 16-15067 (AMC) |
| ) | |
| RICKY BOST ) | |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |
| ) | |

**PRAECIPE WITHDRAWING CRESCENT'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw Crescent Bank's Objection To Confirmation, filed on or about August 12, 2016 in the above-referenced case, number 14 on the docket.

Date: 8/28/17

/s/ William E. Craig
William E. Craig, Esquire
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for Crescent Bank & Trust