IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                    :    CHAPTER 13
                          :
Ricky Bost                :    No. 16-15067-AMC


NOTICE OF HEARING TO CONSIDER OBJECTION
TO PROOF OF CLAIM NO. 11-1

    The debtor has filed an objection to the proof of claim you filed in this bankruptcy case.

    Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney if you have one.

    If you do not want the Court to eliminate or change your claim, you or your lawyer must attend the Hearing on the Objection scheduled to be held before the Honorable Ashely M. Chan, on October 31, 2017, at 11:00 A.M. in Courtroom #5, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19107. If you or your attorney do not attend the Hearing on the Objection, the Court may decide that you do not oppose the Objection to the Claim.


Dated: September 25, 2017

                                              /s/ David M. Offen, Esq.
                                              Suite 160 West, Curtis Center
                                              601 Walnut Street
                                              Philadelphia, PA 19106
                                              215-625-9600