```
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                  :    CHAPTER 13
                        :
   Ricky Bost           :    No. 16-15067-AMC
                        :
```

ORDER DISALLOWING PROOF OF CLAIM 10-1

AND NOW, it is hereby ORDERED and DECREED that the Proof of Claim No. 10-1 of Equity Trust Company in the amount of $1,295.70 is hereby disallowed in its entirety.

**Date: November 1, 2017**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

William C. Miller, Trustee

David M. Offen, Esquire

Equity Trust Company