IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                    :    CHAPTER 13
                          :
Ricky Bost                :    No. 16-15067-AMC
                          :

ORDER DISALLOWING PROOF OF CLAIM 11-1

AND NOW, it is hereby ORDERED and DECREED that the Proof of Claim No. 11-1 of Equity Trust Company in the amount of $390.00 is hereby disallowed in its entirety.

**Date: November 1, 2017**

———————————————————
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

William C. Miller, Trustee

David M. Offen, Esquire

Equity Trust Company