# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-15067-AMC

RICKY BOST

203 W RUSCOMB STREET

PHILADELPHIA, PA 19120

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    RICKY BOST

    203 W RUSCOMB STREET

    PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

                                            /S/ William C. Miller

Date: 6/1/2018                                _____

                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee