United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-15067-amc
Ricky Bost                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: John              Page 1 of 2              Date Rcvd: Nov 14, 2018
                             Form ID: pdf900         Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2018.
```
db          +Ricky Bost,    203 W Ruscomb Street,    Philadelphia, PA 19120-3817
cr          +Crescent Bank & Trust,   P.O. Box 562088, Suite 900 North,    Dallas, TX 75356-2088
13761414     ADT Security Services c/o,   NCO Financial Systems, Inc.,    P.O. Box 15740,
              Wilmington, DE 19850-5740
13775608    +Crescent Bank & Trust,    c/o WILLIAM EDWARD CRAIG,   Morton & Craig,
              110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3125
13761416     Direct TV,   PO Box 830032,    Baltimore, MD 21283
13817610    +Equity Trust Company,    P.O. Box 16354,    Rochester NY 14616-0354
13776848    +MIDFIRST BANK,    c/o JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13788988    +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13761417    +Midland Mtg/Midfirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
13761421    +PGW,    Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
              Philadelphia, PA 19122-2806
13761423    +Sherron Brown,    5151 N. Hutchinson Street,    Philadelphia, PA 19141-4017
13761424   ++T MOBILE,   C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
              (address filed with court: TMobile,    PO Box 742596,    Cincinnati, OH 45274)
13791534     Wells Fargo Bank, N.A.,    Default Document Processing,    1000 Blue Gentian Road, MAC# N9286-01Y,
              Eagan, MN 55121-7700
13761427    +Wfhm,   3476 Stateview Blvd,    Fort Mill, SC 29715-7203
13761422     philadelphia parking authority,    2467 grant avenue,    Philadelphia, PA 19114-1004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Nov 15 2018 03:55:58    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2018 03:55:16
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2018 03:55:53    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13812660     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2018 03:59:43
              American InfoSource LP as agent for,    Verizon,    PO Box 248838,
              Oklahoma City, OK  73124-8838
13807457    +E-mail/Text: BankruptcyNotices@aafes.com Nov 15 2018 03:55:00
              Army & Air Force Exchange Services,    c/o Bass & Associates, P.C.,
              3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
13846239    +E-mail/Text: megan.harper@phila.gov Nov 15 2018 03:55:58
              CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    BANKRUPTCY GROUP, MSB,
              1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13761418     E-mail/Text: BankruptcyNotices@aafes.com Nov 15 2018 03:55:00    Military Star,
              3911 S Walton Walker Blv,    Dallas, TX 75236
13771931    +E-mail/Text: bankruptcy@cbtno.com Nov 15 2018 03:56:27    Crescent Bank,    PO Box 61813,
              New Orleans, La 70161-1813
13761415    +E-mail/Text: bankruptcy@cbtno.com Nov 15 2018 03:56:27    Crescent Bank And Trus,
              5401 Jefferson Hwy Ste D,    Harahan, LA 70123-4232
13783932    +E-mail/Text: cio.bncmail@irs.gov Nov 15 2018 03:55:03    Internal Revenue Service,
              Centralized Insolvency Operation,    Po Box 7317,    Philadelphia, Pa 19101-7317
13761419    +E-mail/PDF: pa_dc_claims@navient.com Nov 15 2018 04:00:13    Navient,    Po Box 9655,
              Wilkes Barre, PA 18773-9655
13804478     E-mail/PDF: pa_dc_claims@navient.com Nov 15 2018 04:00:14    Navient Solutions, Inc.,
              P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
13761420    +E-mail/Text: bankruptcygroup@peco-energy.com Nov 15 2018 03:55:06    Peco Energy,
              2301 Market Street,    Philadelphia, PA 19103-1380
13761425    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 15 2018 03:54:53
              Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
13761426     E-mail/Text: megan.harper@phila.gov Nov 15 2018 03:55:58    Water Revenue Bureau,
              1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: John                 Page 2 of 2              Date Rcvd: Nov 14, 2018
                              Form ID: pdf900            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Ricky  Bost dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Crescent Bank & Trust ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICKY BOST                              Chapter 13

            Debtor              Bankruptcy No. 16-15067-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __14th__ day of __November__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-


Debtor:
RICKY BOST

203 W RUSCOMB STREET

PHILADELPHIA, PA 19120